United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                         Case No. 18-16867-jkf
Joseph R Bouska                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett           Page 1 of 2            Date Rcvd: Apr 10, 2019
                             Form ID: pdf900          Total Noticed: 17

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db             +Joseph R Bouska,    1016 Mulberry Street,    Chester Springs, PA 19425-1733
aty            +Pickering Meadows Community Association,    Michelle J. Stranen, Esquire,
                 Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-3861
cr             +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14213549       +Amerisol,    Po Box 65018,    Baltimore, MD 21264-5018
14213552       +JM Resources, Inc.,    200 West Church Road,    King of Prussia, PA 19406-3221
14217149       +PNC BANK NATIONAL ASSOCIATION,    c/o KEVIN G. MCDONALD,    KML LAW GROUP, P.C.,
                 701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14235598       +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14213555       +PNC Bank, National Association,    4661 East Main Street,    Columbus, OH 43251-0001
14213556       +PNC Bank, National Association,    Po Box 8703,    Dayton, OH 45401-8703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 11 2019 02:38:05       City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 11 2019 02:38:02       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14213550       +E-mail/Text: csd1clientservices@cboflanc.com Apr 11 2019 02:38:13       Cb Lancaster,
                 218 West Orange St,    Lancaster, PA 17603-3746
14213551       +E-mail/Text: cio.bncmail@irs.gov Apr 11 2019 02:37:40       Internal Revenue Service,
                 600 Arch Street, RM 5200,    Philadelphia, PA 19106-1611
14213553        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 11 2019 02:37:49
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
14217084       +E-mail/Text: mstranen@marcushoffman.com Apr 11 2019 02:37:34
                 Pickering Meadows Community Association,    c/o Michelle J. Stranen, Esquire,
                 Marcus & Hoffman, P.C.,    326 West State Street,    Media, PA 19063-3861
14213554       +E-mail/Text: mstranen@marcushoffman.com Apr 11 2019 02:37:34
                 Pickering Meadows Community Association,    C/O Michelle J. Stranen, Esquire,
                 326 W State Street,    Media, PA 19063-3861
14213557       +E-mail/Text: bankruptcydepartment@tsico.com Apr 11 2019 02:38:15       Transworld Systems, Inc.,
                 500 Virgina Drive, Suite 514,    Fort Washington, PA 19034-2707
                                                                                              TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
14230060*       Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSEPH L QUINN    on behalf of Debtor Joseph R Bouska CourtNotices@sjr-law.com
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              MICHELLE JEANNE STRANEN    on behalf of Attorney    Pickering Meadows Community Association
               mstranen@marcushoffman.com
```

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Apr 10, 2019
                              Form ID: pdf900              Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        POLLY A. LANGDON    on behalf of Trustee SCOTT  WATERMAN ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        SCOTT  WATERMAN     ECFmail@fredreiglech13.com,    ECF_FRPA@Trustee13.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

        TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                  :

JOSEPH R   BOUSKA

                                                        : Bankruptcy No. 18-16867JKF
         Debtor(s)                                      : Chapter 13

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, upon consideration of the Motion to Dismiss filed by Scott F. Waterman, standing trustee, this case is dismissed and it is further ORDERED, that counsel for debtor(s), shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

**Date: April 10, 2019**

_____
Jean K. FitzSimon, B. J.

Interested parties:

Polly A. Langdon, Esq.
Scott F. Waterman, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH L QUINN ESQ
LAW OFFICE OF STEPHEN ROSS PC
152 E HIGH ST   STE 100
POTTSTOWN PA 19464-

JOSEPH R   BOUSKA
1016 MULBERRY STREET
CHESTER SPRINGS, PA 19425